```
IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION
```

| | | |
|---|---|---|
| DENNIS C. PERRY | § | |
| VS. | § | CIVIL ACTION NO. 4:13cv159 |
| DIRECTOR, TDCJ-CID | § | |

Consolidated With

| | | |
|---|---|---|
| DENNIS C. PERRY | § | |
| VS. | § | CIVIL ACTION NO. 4:13cv160 |
| DIRECTOR, TDCJ-CID | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered consolidated petitions for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 were referred to United States Magistrate Judge Don D. Bush. The Report and Recommendation of United States Magistrate Judge, which contains proposed findings of fact, conclusions of law and recommendations for the dismissal of these actions, has been presented for consideration. No objections were timely filed. The court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** that the consolidated petitions for writ of habeas corpus are **DISMISSED** without prejudice pursuant to Federal Rule of

Civil Procedure 41(b). All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this the 31st day of March, 2016.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE